UNITED STATES of America,
Plaintiff-Appellee,

v.

Ted McCall SNOW, Defendant-
Appellant.

No. 16-11148
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Filed (January 17, 2017)

Adam W. Overstreet, Christopher B. Brinson, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Ted McCall Snow, Talladega, AL, for Defendant-Appellant

Before MARCUS, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

William Scully, Jr., appointed counsel for Ted Snow in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to with-

draw is **GRANTED**, and Snow's conviction and sentence are **AFFIRMED**.